**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO ADOLFO MARTINEZ GABARETTE,<br><br>Petitioner,<br><br>v.<br><br>RON MURRAY, *et al.*,<br><br>Respondents. | No. 1:26-cv-02116 JLT CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING RESPONDENTS' UNOPPOSED MOTION TO DISMISS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br><br>(A-Number: 220-204-226)<br><br>(Doc. 9) |

Gustavo Adolfo Martinez Gabarrete was at the time of filing a federal immigration detainee proceeding by counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) On April 8, 2026, Respondents moved to dismiss the matter as moot and duplicative of Petitioner's earlier-filed action, *Elder Cuyan Perez*, *et al. v. Murray, et al.*, No. 1:26-cv-02082-DJC-CKD ("*Martinez-Gabarrete I*"), in which Petitioner has already obtained the relief he seeks in immediate release. (Doc. 7.) The next day, Petitioner filed a notice of non-opposition to the motion, agreeing with Respondents that the instant petition is duplicative of the earlier-filed action in which Petitioner obtained release on March 23, 2026. (Doc. 8.)

On April 15, 2026, the assigned magistrate judge issued findings and recommendations to grant Respondents' unopposed motion to dismiss and to dismiss the petition as moot. (Doc. 9.) The Court served the findings and recommendations on the parties and notified them that any

1

objections were due within 14 days after service. (*Id.* at 3.) No objections have been filed, and the deadline has expired.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 15, 2026 (Doc. 9) are **ADOPTED** in full.

2. Respondents' motion to dismiss (Doc. 7) is **GRANTED**.

3. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED AS MOOT**.

4. The Clerk of The Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

UNITED STATES DISTRICT JUDGE